AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: H19-0516M | Date and time warrant executed: See below | Copy of warrant and inventory left with: N/A - Tower Dump emailed to carriers |

Inventory made in the presence of:
Tower dump request served to carriers by USPIS technical surveillance group (C. Moody)

Inventory of the property taken and name of any person(s) seized:

Tower Dump request... All times approximate

ATT served 3/27/19 @ 1:44 PM CST - Results received 4/1/2019 5:51AM 4/1/2019 3/29/2019

T-Mobile served 3/27/19 @ 1:43 PM CST - Results received 4/15/2019 10:54AM CST

Verizon served 3/27/19 @ 1:45 PM CST - Results received 4/18/2019

Sprint served 3/28/19 @ 7:16 AM CST - Results received 4/1/2019 4/1/2019 3/29/2019 5:57AM

United States Courts
Southern District of Texas
FILED

JUN 12 2019

David J. Bradley, Clerk of Court

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/12/19

*Executing officer's signature*

SOPHIA CURTIS, US POSTAL INSPECTOR
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with Particular Cellular Towers | )<br>)<br>) Case No. **H19-0516M**<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Texas_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment "A". This court has authority to issue this warrant under 18 U.S.C., secs. 2703(c)(1)(A) and 2711(3)(A).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment "B"

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By: Kathleen Murphy, Deputy Clerk

**YOU ARE COMMANDED** to execute this warrant on or before _____April 10, 2019_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____United States Magistrate_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: **March 27, 2019 10:15 a.m.**

_____
Judge's signature

City and state: _____Houston, Texas_____   Frances H. Stacy, United States Magistrate Judge
*Printed name and title*